The order appealed from should be affirmed, with costs.

All concurred.

Order affirmed, with ten dollars costs and disbursements.

---

Supreme Court, New York Special Term. Reported. N. Y. L. J., December 26, 1902.

PATRICK W. CULLINAN *v.* JULIUS STEIN, et al.

*William E. Schenck,* for plaintiff.

*Nadal & Carrere,* for defendant.

KEENER, J.: The contention that the liability on the bond is discharged by a cancellation of the certificate is not well taken. (*Lyman* v. *Cheever,* 168 N. Y. 43, 46-47.) The plaintiff is entitled to judgment on the verdict.